DANIEL J. BRODERICK, Bar #89424
Federal Defender
DENNIS S. WAKS, Bar #142581
Supervising Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
THOMAS JAMES HART

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 2:09-cr-00429-MCE |
| Plaintiff, | **STIPULATION AND ORDER RE: CONTINUANCE OF STATUS HEARING AND FINDINGS OF EXCLUDABLE TIME** |
| v. | |
| THOMAS JAMES HART | DATE: January 14, 2009 |
| Defendants. | TIME: 9:00 a.m. |
| | JUDGE: Hon. Morrison C. England |

THOMAS JAMES HART, by and through his counsel, DENNIS S. WAKS, Supervising Assistant Federal Defender, and the United States Government, by and through its counsel, JILL M. THOMAS, Assistant United States Attorney, hereby agree that the status conference set for November 5, 2009, be continued for a status conference on January 14, 2010, at 9:00 a.m.  This continuance is requested because counsel for the defendant has recently been appointed in this case and requires additional time to obtain and review discovery, continue our investigation, and to interview our clients and other witnesses.  The defendant in this case consents to this continuance.

Counsel, along with the defendant agree that the time from the date of this order through January 14, 2010, should be excluded in

computing the time within which trial must commence under the Speedy Trial Act, §3161(h)(7)(B)(iv) and Local Code T4. [reasonable time to prepare].

DATED: November 3, 2009          Respectfully submitted,

                                        DANIEL J. BRODERICK
                                      Federal Defender

                                      /S/ Dennis S. Waks
                                      _____
                                      DENNIS S. WAKS
                                      Supervising Assistant Federal Defender
                                      Attorney for Defendant
                                      THOMAS JAMES HART

                                      LAWRENCE G. BROWN
                                      United States Attorney

DATE: November 3, 2009

                                      /S/ Dennis S. Waks for

                                      _____
                                      JILL M. THOMAS
                                      Assistant United States Attorney

## O R D E R

IT IS SO ORDERED.

Dated: November 5, 2009

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE