```
DANIEL J. BRODERICK, Bar #89424
Federal Defender
DENNIS S. WAKS, Bar #142581
Supervising Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
THOMAS JAMES HART
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR.S. 09-0429-MCE |
| Plaintiff, | **STIPULATION AND ORDER RE:** |
| | **CONTINUANCE OF STATUS HEARING AND** |
| v. | **FINDINGS OF EXCLUDABLE TIME** |
| THOMAS JAMES HART | DATE: February 25, 2010 |
| | TIME: 9:00 a.m. |
| Defendant. | JUDGE: Hon. Morrison C. England |

THOMAS JAMES HART, by and through his counsel, DENNIS S. WAKS, Supervising Assistant Federal Defender, and the United States Government, by and through its counsel, JILL M. THOMAS, Assistant United States Attorney, hereby agree that the status conference set for January 14, 2010, be continued for a status conference on February 25, 2010, at 9:00 a.m. This continuance is requested because counsel for the defendant has recently been appointed in this case and requires additional time to obtain and review discovery, continue our investigation, and to interview our client and other witnesses. The defendant in this case consents to this continuance.

Counsel, along with the defendant agree that the time from the date of this order through February 25, 2010, should be excluded in

computing the time within which trial must commence under the Speedy Trial Act, §3161(h)(7)(B)(iv) and Local Code T4. [reasonable time to prepare].

DATED: January 11, 2010        Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

/S/ Dennis S. Waks
_____
DENNIS S. WAKS
Supervising Assistant Federal Defender
Attorney for Defendant
THOMAS JAMES HART

BENJAMIN B. WAGNER
United States Attorney

/S/ Dennis S. Waks for
_____
JILL M. THOMAS
Assistant United States Attorney

**O R D E R**

IT IS SO ORDERED.

Dated: January 13, 2010

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

2