DANIEL J. BRODERICK, Bar #89424
Federal Defender
DENNIS S. WAKS, Bar #142581
Supervising Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
THOMAS JAMES HART

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. CR.S. 09-0429-MCE |
| ) | |
| Plaintiff, ) | **STIPULATION AND ORDER RE:** |
| ) | **CONTINUANCE OF STATUS HEARING AND** |
| v. ) | **FINDINGS OF EXCLUDABLE TIME** |
| ) | |
| THOMAS JAMES HART ) | DATE: April 29, 2010 |
| ) | TIME: 9:00 a.m. |
| Defendant. ) | JUDGE: Hon. Morrison C. England |
| ) | |
| _____ ) | |

  THOMAS JAMES HART, by and through his counsel, DENNIS S. WAKS, Supervising Assistant Federal Defender, and the United States Government, by and through its counsel, JILL M. THOMAS, Assistant United States Attorney, hereby agree that the status conference set for February 25, 2010, be continued for a status conference on April 29, 2010, at 9:00 a.m.  This continuance is requested because counsel for the defendant requires additional time to obtain and review discovery, continue our investigation, and to interview our client and other witnesses.  The defendant in this case consents to this continuance.

  Counsel, along with the defendant agree that the time from the date of this order through April 29, 2010, should be excluded in computing the time within which trial must commence under the Speedy

1  Trial Act, §3161(h)(7)(B)(iv) and Local Code T4. [reasonable time to
2  prepare].
3  DATED: February 23, 2010   Respectfully submitted,

                                    DANIEL J. BRODERICK
                                    Federal Defender

                                    /S/ Dennis S. Waks
                                    _____
                                    DENNIS S. WAKS
                                    Supervising Assistant Federal Defender
                                    Attorney for Defendant
                                    THOMAS JAMES HART

                                    BENJAMIN B. WAGNER
                                    United States Attorney

DATE: February 23, 2010
                                    /S/ Dennis S. Waks for
                                    _____
                                    JILL M. THOMAS
                                    Assistant United States Attorney


                                    **O R D E R**


IT IS SO ORDERED.

 Dated: February 24, 2010

                                    _____
                                    MORRISON C. ENGLAND, JR.
                                    UNITED STATES DISTRICT JUDGE