```
DANIEL J. BRODERICK, Bar #89424
Federal Defender
DENNIS S. WAKS, Bar #142581
Supervising Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
THOMAS JAMES HART
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>              )<br>        Plaintiff, )<br>              )<br>    v.        )<br>              )<br>THOMAS JAMES HART )<br>              )<br>        Defendant. )<br>              )<br>_____ ) | NO. 2:09-cr-00429-MCE<br><br>**STIPULATION AND ORDER RE:**<br>**CONTINUANCE OF STATUS HEARING AND**<br>**FINDINGS OF EXCLUDABLE TIME**<br><br>DATE:  July 29, 2010<br>TIME:  9:00 a.m.<br>JUDGE: Hon. Morrison C. England, Jr. |

THOMAS JAMES HART, by and through his counsel, DENNIS S. WAKS, Supervising Assistant Federal Defender, and the United States Government, by and through its counsel, JILL M. THOMAS, Assistant United States Attorney, hereby agree that the status conference set for June 10, 2010, be continued for a status conference on July 29, 2010, at 9:00 a.m.  This continuance is requested because counsel for the defendant requires additional time to obtain and review discovery, continue our investigation, and to interview our client and other witnesses.  The defendant in this case consents to this continuance.

///

///

///

Counsel, along with the defendant agree that the time from the date of this order through July 29, 2010, should be excluded in computing the time within which trial must commence under the Speedy Trial Act, §3161(h)(7)(B)(iv) and Local Code T4. [reasonable time to prepare].

DATED: June 4, 2010                  Respectfully submitted,

                                     DANIEL J. BRODERICK
                                     Federal Defender

                                     /S/ Dennis S. Waks
                                     _____
                                     DENNIS S. WAKS
                                     Supervising Assistant Federal Defender
                                     Attorney for Defendant
                                     THOMAS JAMES HART

                                     BENJAMIN B. WAGNER
                                     United States Attorney

DATE: June 4, 2010
                                     /S/ Dennis S. Waks for

                                     _____
                                     JILL M. THOMAS
                                     Assistant United States Attorney


**O R D E R**


IT IS SO ORDERED.

 Dated: June 7, 2010

                                     _____
                                     MORRISON C. ENGLAND, JR.
                                     UNITED STATES DISTRICT JUDGE