DANIEL J. BRODERICK, Bar #89424
Federal Defender
DENNIS S. WAKS, Bar #142581
Supervising Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
THOMAS JAMES HART

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. CR.S. 09-0429-MCE |
| Plaintiff, ) | **STIPULATION AND ORDER RE:** |
| ) | **CONTINUANCE OF STATUS HEARING AND** |
| v. ) | **FINDINGS OF EXCLUDABLE TIME** |
| THOMAS JAMES HART ) | DATE: October 14, 2010 |
| ) | TIME: 9:00 a.m. |
| Defendant. ) | JUDGE: Hon. Morrison C. England, Jr. |

THOMAS JAMES HART, by and through his counsel, DENNIS S. WAKS, Supervising Assistant Federal Defender, and the United States Government, by and through its counsel, JILL M. THOMAS, Assistant United States Attorney, hereby agree that the status conference set for August 26, 2010, be continued for a status conference on October 14, 2010, at 9:00 a.m.  This continuance is requested because counsel for the defendant requires additional time to obtain and review discovery, continue our investigation, and to interview our client and other witnesses.

///

///

///

1      Counsel, along with the defendant agree that the time from the
2 date of this order through October 14, 2010, should be excluded in
3 computing the time within which trial must commence under the Speedy
4 Trial Act, Title 18 U.S.C. §3161(h)(7)(B)(iv) and Local Code T4.
5 [reasonable time to prepare].

6 DATED: August 20, 2010           Respectfully submitted,

7                                   DANIEL J. BRODERICK
                                    Federal Defender
8
                                    /S/ Dennis S. Waks
9                                   _____
                                    DENNIS S. WAKS
10                                  Supervising Assistant Federal Defender
                                    Attorney for Defendant
11                                  THOMAS JAMES HART

12
   DATE: August 20, 2010           BENJAMIN B. WAGNER
13                                  United States Attorney

14
                                    /S/ Dennis S. Waks for
15                                  _____
                                    JILL M. THOMAS
16                                  Assistant United States Attorney

17

18                              **O R D E R**

19

20
   IT IS SO ORDERED.
21
    Dated: August 24, 2010
22

23
                                    _____
24                                  MORRISON C. ENGLAND, JR.
                                    UNITED STATES DISTRICT JUDGE
25

26

27

28

                                    2