DANIEL J. BRODERICK, Bar #89424
Federal Defender
DENNIS S. WAKS, Bar #142581
Supervising Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
THOMAS JAMES HART

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. CR.S. 09-0429-MCE |
| ) | |
| Plaintiff, ) | **STIPULATION AND ORDER RE:** |
| ) | **CONTINUANCE OF STATUS HEARING AND** |
| v. ) | **FINDINGS OF EXCLUDABLE TIME** |
| ) | |
| THOMAS JAMES HART ) | DATE: December 2, 2010 |
| ) | TIME: 9:00 a.m. |
| Defendant. ) | JUDGE: Hon. Morrison C. England, Jr. |
| ) | |
| _____ ) | |

THOMAS JAMES HART, by and through his counsel, DENNIS S. WAKS, Supervising Assistant Federal Defender, and the United States Government, by and through its counsel, JILL M. THOMAS, Assistant United States Attorney, hereby agree that the status conference set for October 14, 2010, be continued for a status conference on December 2, 2010, at 9:00 a.m.  This continuance is requested because counsel for the defendant requires additional time to obtain and review discovery, continue our investigation, and to interview our client and other witnesses.

///

///

///

Counsel, along with the defendant agree that the time from the date of this order through December 2, 2010, should be excluded in computing the time within which trial must commence under the Speedy Trial Act, Title 18 U.S.C. §3161(h)(7)(B)(iv) and Local Code T4. [reasonable time to prepare].

DATED: October 7, 2010          Respectfully submitted,

                                DANIEL J. BRODERICK
                                Federal Defender

                                /S/ Dennis S. Waks
                                _____
                                DENNIS S. WAKS
                                Supervising Assistant Federal Defender
                                Attorney for Defendant
                                THOMAS JAMES HART

DATE: October 7, 2010           BENJAMIN B. WAGNER
                                United States Attorney


                                /S/ Dennis S. Waks for
                                _____
                                JILL M. THOMAS
                                Assistant United States Attorney


**O R D E R**

IT IS SO ORDERED.

 Dated: October 13, 2010

                                _____
                                MORRISON C. ENGLAND, JR.
                                UNITED STATES DISTRICT JUDGE