1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  DENNIS S. WAKS, Bar #142581
   Supervising Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5  Attorney for Defendant
   THOMAS JAMES HART

6

7
                    IN THE UNITED STATES DISTRICT COURT
8
                  FOR THE EASTERN DISTRICT OF CALIFORNIA
9

10
   UNITED STATES OF AMERICA,        )  NO. CR.S. 09-0429-MCE
11                                   )
                   Plaintiff,        )  **STIPULATION AND ORDER RE:**
12                                   )  **CONTINUANCE OF STATUS HEARING AND**
            v.                       )  **FINDINGS OF EXCLUDABLE TIME**
13                                   )
   THOMAS JAMES HART                 )  DATE:   January 13, 2011
14                                   )  TIME:   9:00 a.m.
                   Defendant.        )  JUDGE:  Hon. Morrison C. England, Jr.
15                                   )
                                     )
16 _____   )

17        THOMAS JAMES HART, by and through his counsel, DENNIS S. WAKS,

18 Supervising Assistant Federal Defender, and the United States

19 Government, by and through its counsel, JILL M. THOMAS, Assistant

20 United States Attorney, hereby agree that the status conference set for

21 December 2, 2010, be continued for a status conference on January 13,

22 2011, at 9:00 a.m.  This continuance is requested because counsel for

23 the defendant requires additional time to obtain and review discovery,

24 continue our investigation, and to interview our client and other

25 witnesses.

26 ///

27 ///

28 ///

1        Counsel, along with the defendant agree that the time from the

2   date of this order through January 13, 2011, should be excluded in

3   computing the time within which trial must commence under the Speedy

4   Trial Act, Title 18 U.S.C. §3161(h)(7)(B)(iv) and Local Code T4.

5   [reasonable time to prepare].

6   DATED: November 29, 2010        Respectfully submitted,

7                                   DANIEL J. BRODERICK
                                    Federal Defender
8
                                    /S/ Dennis S. Waks
9                                   _____
                                    DENNIS S. WAKS
10                                  Supervising Assistant Federal Defender
                                    Attorney for Defendant
11                                  THOMAS JAMES HART

12
    DATE: November 29, 2010         BENJAMIN B. WAGNER
13                                  United States Attorney

14
                                    /S/ Dennis S. Waks for
15                                  _____
                                    JILL M. THOMAS
16                                  Assistant United States Attorney

17

18                              O R D E R

19

20

21       IT IS SO ORDERED.

22    Dated: November 30, 2010

23

24                                  _____
                                    MORRISON C. ENGLAND, JR.
25                                  UNITED STATES DISTRICT JUDGE

26

27

28

                                    2