```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  DENNIS S. WAKS, Bar #142581
    Supervising Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5  Attorney for Defendant
    THOMAS JAMES HART
 6
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,            )<br>                                       )<br>            Plaintiff,                )<br>                                       )<br>       v.                             )<br>                                       )<br>THOMAS JAMES HART                      )<br>                                       )<br>            Defendant.                )<br>                                       )<br>_____)  | NO. 2:09-cr-00429-MCE<br><br>**STIPULATION AND ORDER RE:**<br>**CONTINUANCE OF STATUS HEARING AND**<br>**FINDINGS OF EXCLUDABLE TIME**<br><br>DATE:  February 3, 2011<br>TIME:  9:00 a.m.<br>JUDGE: Hon. Morrison C. England, Jr. |

THOMAS JAMES HART, by and through his counsel, DENNIS S. WAKS, Supervising Assistant Federal Defender, and the United States Government, by and through its counsel, JILL M. THOMAS, Assistant United States Attorney, hereby agree that the status conference set for January 13, 2011, be continued for a status conference on February 3, 2011, at 9:00 a.m.  This continuance is requested because counsel for the defendant requires additional time to obtain and review discovery, continue our investigation, and to interview our client and other witnesses.

///

///

///

Counsel, along with the defendant agree that the time from the date of this order through February 3, 2011, should be excluded in computing the time within which trial must commence under the Speedy Trial Act, Title 18 U.S.C. §3161(h)(7)(B)(iv) and Local Code T4. [reasonable time to prepare].

DATED: January 10, 2011        Respectfully submitted,

                               DANIEL J. BRODERICK
                               Federal Defender

                               /S/ Dennis S. Waks
                               _____
                               DENNIS S. WAKS
                               Supervising Assistant Federal Defender
                               Attorney for Defendant
                               THOMAS JAMES HART

DATE: January 10, 2011         BENJAMIN B. WAGNER
                               United States Attorney


                               /S/ Dennis S. Waks for
                               _____
                               JILL M. THOMAS
                               Assistant United States Attorney



**O R D E R**

   IT IS SO ORDERED.

 Dated: January 13, 2011

                               _____
                               MORRISON C. ENGLAND, JR.
                               UNITED STATES DISTRICT JUDGE

2