1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  DENNIS S. WAKS, Bar #142581
   Supervising Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5  Attorney for Defendant
   THOMAS JAMES HART
6

7
                    IN THE UNITED STATES DISTRICT COURT
8
                   FOR THE EASTERN DISTRICT OF CALIFORNIA
9

10
   UNITED STATES OF AMERICA,        )  NO. 2:09-cr-00429-KJM
11                                  )
              Plaintiff,            )  **STIPULATION AND ORDER RE:**
12                                  )  **CONTINUANCE OF SENTENCING AND**
         v.                         )  **SCHEDULE OF PRESENTENCE REPORT**
13                                  )
   THOMAS JAMES HART                )  DATE:  April 21, 2011
14                                  )  TIME:  10:00 a.m.
              Defendant.            )  JUDGE: Hon. Kimberly J. Mueller
15                                  )
   _____  )
16

17        It is hereby stipulated and agreed to between the United States

18  of America through JILL M. THOMAS, Assistant U.S. Attorney, and

19  defendant, THOMAS HART, by and through his counsel, DENNIS S. WAKS,

20  Supervising Assistant Federal Defender, that the sentencing hearing set

21  for Thursday, April 21, 2011, be rescheduled to Thursday, May 12, 2011,

22  at 10:00 a.m..

23  / / /

24  / / /

25  / / /

26  / / /

27  / / /

28  / / /

The following will be the new schedule for filing of objection to the Presentence Report:

|  | **OLD DATE** | **NEW DATE** |
|---|---|---|
| Counsel's Written Objections to the Presentence Report | March 24, 2011 | April 14, 2011 |
| The Presentence Report - Final | March 31, 2011 | April 21, 2011 |
| Motion for Correction of the Presentence Report | April 7, 2011 | April 28, 2011 |
| Reply, or Statement of Non-Opposition | April 14, 2011 | May 5, 2011 |

United States Probation Officer, Lynda Moore has no objection to the new scheduled dates.

DATED: March 23, 2011          Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

/S/ Dennis S. Waks
_____
DENNIS S. WAKS
Supervising Assistant Federal Defender
Attorney for Defendant
THOMAS JAMES HART

DATE: March 23, 2011           BENJAMIN B. WAGNER
                               United States Attorney


/S/ Dennis S. Waks for
_____
JILL M. THOMAS
Assistant United States Attorney

**O R D E R**

IT IS SO ORDERED.

DATED:  March 23, 2011.

_____
UNITED STATES DISTRICT JUDGE

2