```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  DENNIS S. WAKS, Bar #142581
    Supervising Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5  Attorney for Defendant
    THOMAS JAMES HART
 6
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. 2:09-cr-00429-KJM |
| | ) | |
| Plaintiff, | ) | **STIPULATION AND ORDER RE:** |
| | ) | **CONTINUANCE OF SENTENCING AND** |
| v. | ) | **SCHEDULE OF PRESENTENCE REPORT** |
| | ) | |
| THOMAS JAMES HART | ) | DATE:  May 12, 2011 |
| | ) | TIME:  10:00 a.m. |
| Defendant. | ) | JUDGE: Hon. Kimberly J. Mueller |
| _____ | ) | |

It is hereby stipulated and agreed to between the United States of America through JILL M. THOMAS, Assistant U.S. Attorney, and defendant, THOMAS HART, by and through his counsel, DENNIS S. WAKS, Supervising Assistant Federal Defender, that the sentencing hearing set for Thursday, May 12, 2011, be rescheduled to Thursday, June 23, 2011, at 10:00 a.m..

The reason for the continuance is that the defendant needs additional time to receive and review additional forensic reports from the Government. After review, a forensic expert may be required.

/ / /

/ / /

/ / /

The following will be the new schedule for filing of objections to the Presentence Report:

|  | **OLD DATE** | **NEW DATE** |
|---|---|---|
| Counsel's Written Objections to the Presentence Report | April 14, 2011 | May 26, 2011 |
| The Presentence Report - Final | April 21, 2011 | June 2, 2011 |
| Motion for Correction of the Presentence Report | April 28, 2011 | June 9, 2011 |
| Reply, or Statement of Non-Opposition | May 5, 2011 | June 16, 2011 |

United States Probation Officer, Lynda Moore has no objection to the new scheduled dates.

DATED: April 14, 2011          Respectfully submitted,

                               DANIEL J. BRODERICK
                               Federal Defender

                               /S/ Dennis S. Waks
                               _____
                               DENNIS S. WAKS
                               Supervising Assistant Federal Defender
                               Attorney for Defendant
                               THOMAS JAMES HART

DATE: April 14, 2011           BENJAMIN B. WAGNER
                               United States Attorney


                               /S/ Dennis S. Waks for
                               _____
                               JILL M. THOMAS
                               Assistant United States Attorney

**O R D E R**

IT IS SO ORDERED.

Dated: April 19, 2011.

_____
UNITED STATES DISTRICT JUDGE

2