DANIEL J. BRODERICK, Bar #89424
Federal Defender
DENNIS S. WAKS, Bar #142581
Supervising Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
THOMAS JAMES HART

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. CR.S. 09-0429-KJM |
| ) | |
| Plaintiff, ) | **STIPULATION AND ORDER RE:** |
| ) | **CONTINUANCE OF SENTENCING AND** |
| v. ) | **SCHEDULE OF PRESENTENCE REPORT** |
| ) | |
| THOMAS JAMES HART ) | DATE:  June 23, 2011 |
| ) | TIME:  10:00 a.m. |
| Defendant. ) | JUDGE: Hon. Kimberly J. Mueller |
| ) | |
| _____ ) | |

It is hereby stipulated and agreed to between the United States of America through JILL M. THOMAS, Assistant U.S. Attorney, and defendant, THOMAS JAMES HART, by and through his counsel, DENNIS S. WAKS, Supervising Assistant Federal Defender, that the sentencing hearing set for Thursday, June 23, 2011, be rescheduled to Thursday, July 21, 2011, at 10:00 a.m..

The reason for the continuance is that the defendant needs additional time to review additional forensic reports from the Government.  After review, a forensic expert may be required.

The parties anticipate that this will be the last request for a continuance, unless the forensic expert is needed.

/ / /

The following will be the new schedule for filing of objections to the Presentence Report:

|  | **OLD DATE** | **NEW DATE** |
|---|---|---|
| Counsel's Written Objections to the Presentence Report | May 26, 2011 | June 23, 2011 |
| The Presentence Report - Final | June 2, 2011 | June 30, 2011 |
| Motion for Correction of the Presentence Report | June 9, 2011 | July 7, 2011 |
| Reply, or Statement of Non-Opposition | June 16, 2011 | July 14, 2011 |

United States Probation Officer, Lynda Moore has no objection to the new scheduled dates.

DATED: May 26, 2011          Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

/S/ Dennis S. Waks
_____
DENNIS S. WAKS
Supervising Assistant Federal Defender
Attorney for Defendant
THOMAS JAMES HART

DATE: May 26, 2011          BENJAMIN B. WAGNER
United States Attorney

/S/ Dennis S. Waks for
_____
JILL M. THOMAS
Assistant United States Attorney

**O R D E R**

IT IS SO ORDERED.

Dated:  May 27, 2011.

_____
UNITED STATES DISTRICT JUDGE

2