```
1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  DENNIS S. WAKS, Bar #142581
   Supervising Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5  Attorney for Defendant
   THOMAS JAMES HART
6
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,        ) | NO. 2:09-cr-00429-KJM |
|                                  ) | |
|              Plaintiff,          ) | **STIPULATION AND ORDER RE:** |
|                                  ) | **CONTINUANCE OF SENTENCING AND** |
|         v.                       ) | **SCHEDULE OF PRESENTENCE REPORT** |
|                                  ) | |
| THOMAS JAMES HART                ) | DATE:  August 11, 2011 |
|                                  ) | TIME:  10:00 a.m. |
|              Defendant.          ) | JUDGE: Hon. Kimberly J. Mueller |
|                                  ) | |
| _____   ) | |

It is hereby stipulated and agreed to between the United States of America through JILL M. THOMAS, Assistant U.S. Attorney, and defendant, THOMAS JAMES HART, by and through his counsel, DENNIS S. WAKS, Supervising Assistant Federal Defender, that the sentencing hearing set for Thursday, August 11, 2011, be rescheduled to Thursday, September 15, 2011, at 10:00 a.m..

The reason for the continuance is that the defendant needs additional time to review the presentence report and additional forensic reports from the Government.  After review, a forensic expert may be required.

The parties anticipate that this will be the last request for a continuance, unless the forensic expert is needed.

The following will be the new schedule for filing of objections to the Presentence Report:

|  | **OLD DATE** | **NEW DATE** |
|---|---|---|
| Motion for Correction of the Presentence Report | July 28, 2011 | September 1, 2011 |
| Reply, or Statement of Non-Opposition | August 4, 2011 | September 8, 2011 |

United States Probation Officer, Lynda Moore has no objection to the new scheduled dates.

DATED: July 25, 2011         Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

/S/ Dennis S. Waks
_____
DENNIS S. WAKS
Supervising Assistant Federal Defender
Attorney for Defendant
THOMAS JAMES HART

DATE: July 25, 2011          BENJAMIN B. WAGNER
United States Attorney

/S/ Dennis S. Waks for
_____
JILL M. THOMAS
Assistant United States Attorney

**O R D E R**

IT IS SO ORDERED.

Dated:  June 26, 2011.

_____
UNITED STATES DISTRICT JUDGE

2