HEATHER E. WILLIAMS, #122664
Federal Defender
RACHELLE BARBOUR, #185395
Assistant Federal Defender
OFFICE OF THE FEDERAL DEFENDER
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant-Movant
THOMAS JAMES HART

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No: 2:09-CR-0429-KJM |
| Plaintiff, | ) |
| vs. | ) [PROPOSED] SEALING ORDER |
| THOMAS JAMES HART | ) JUDGE: Hon. Kimberly J. Mueller |
| Defendant-Movant. | ) |

IT IS HEREBY ORDERED that the Request to Seal Exhibit A to Defendant-Movant's Motion for Early Termination of Supervised Release be granted so that private medical information is not available on the public docket.

These documents shall remain under seal until further Order of the Court.

**IT IS SO ORDERED.**

DATED: 10/21, 2025

KIMBERLY J. MUELLER
Senior United States District Judge

HART - [proposed] Sealing Order