HEATHER E. WILLIAMS, #122664
Federal Defender
RACHELLE BARBOUR, #185395
Assistant Federal Defender
OFFICE OF THE FEDERAL DEFENDER
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700/Fax 916-498-5710
rachelle.barbour@fd.org

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>   v.<br><br>THOMAS JAMES HART,<br><br>   Defendant. | Case No. Cr. S. 2:09-CR-00429-KJM<br><br>ORDER GRANTING EARLY TERMINATION OF SUPERVISED RELEASE<br><br>Hon. Kimberly J. Mueller |

Pursuant to 18 U.S.C §3583(e)(1), and as discussed at the October 21, 2025 hearing, the Court hereby TERMINATES the term of supervised release imposed in this case and discharges Mr. Hart for the reasons set forth in his unopposed Motion and the Exhibits submitted in support.

Dated:  October 22, 2025.

_____
SENIOR UNITED STATES DISTRICT JUDGE